(8)

**NOT FOR PUBLIC VIEW**

## FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: US v.s. Rendon

FOR / AT:

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PERSON REPRESENTED (Show your full name): Gustavo Rendon Mendiola

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 08MJ1676
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 1324
☒ Felony
☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Painter - House
IF YES, how much do you earn per month? $1,500
IF NO, give month and year of last employment. How much did you earn per month? $___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $260.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $1,000  DESCRIPTION: Nissan 95 Sentra

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Gloria - G. Feliro, Daniel - S.

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | | $450 |
| | Traffic | | $50 |
| | Food | $200 | $150 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 5/29/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X [signature]