✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City                    State                    Zip Code |
|  | Phone Number                              Fax Number |

1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Gustavo Rendon-Mendiola

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ1678-01 |
| 12       Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 GUSTAVO RENDON-MENDIOLA, | ) | |
| 15       Defendant. | ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                   U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov;

21                   James C. Alvord
             fallbrookjim@sbcglobal.net; and

22                  Wendy S. Gerboth
              wendysgerboth@hotmail.com

24                                Respectfully submitted,

26 DATED:     May 30, 2008              /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
27                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Gustavo Rendon-Mendiola